DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIBERTY INTERNATIONAL UNDERWRITERS,**
Appellant,

v.

**FRISKY LADY VENTURES, LLC** and **DEMPSEY MARINE
ELECTRONICS AND ELECTRICAL,** a foreign corporation,
Appellees.

No. 4D17-3839

[February 21, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 16-014957.

Jerry D. Hamilton, Michael J. Dono and Karina M. Cerda Collazo of Hamilton, Miller & Birthisel, LLP, Miami, for appellant.

Stuart Sobel and John I. Criste, Jr. of Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A., Coral Gables, for appellee, Frisky Lady Ventures, LLC.

PER CURIAM.

Liberty International Underwriters appeals a non-final order denying a motion to compel arbitration. Appellee, Frisky Lady Ventures, LLC, concedes error.

Accordingly, we reverse the order denying the motion to compel arbitration and remand for the trial court to submit the action against Liberty International Underwriters to arbitration.

*Reversed and remanded.*

GROSS, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***